Ira G. Greenberg (IG-6156)
Cathy Fleming (CF-2682)
Savitha Keesari Masson (SM-3036)
Edwards & Angell, LLP
750 Lexington Avenue
New York, New York 10022
(212) 308-4411
Attorneys for Defendant
BDO Seidman, LLP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:
SUPREMA SPECIALTIES, INC., et al.

Case No.: 02-10823(CB)
Jointly Administered
Chapter 7

-------------------------------------------------------x
KENNETH P. SILVERMAN, ESQ. THE
CHAPTER 7 TRUSTEE OF THE ESTATE
OF SUPREMA SPECIALTIES INC.,
SUPREMA SPECIALTIES WEST, INC.,
SUPREMA SPECIALTIES NORTHEAST,
INC., AND SUPREMA SPECIALTIES
NORTHWEST, INC., et. al.

Adversary Proceeding No.
04-03661

          Plaintiff-Appellee,

   -against-

BDO SEIDMAN, LLP,

          Defendant-Appellant.
-------------------------------------------------------x

## NOTICE OF APPEAL

BDO Seidman, LLP, the defendant-appellant appeals under 28 U.S.C. § 158(a)(1) and pursuant to the Federal Rules of Bankruptcy 8003 from the order of the bankruptcy judge denying BDO's motion to dismiss the Trustee's complaint

for failure to state a cause of action by failing to file an affidavit of merit, entered in this adversary proceeding on the 29th day of March, 2005.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Anthony Acampora, Esq.
Silverman Perlstein & Acampora, LLP,
100 Jericho Quadrangle
Jericho, New York  11753
(516) 479-6300
Counsel for Appellee Kenneth Silverman, Trustee

Tracy Hope Davis, Esq.
Office of the U.S. Trustee
33 Whitehall Street, 22nd Floor
New York, NY 10004

Donald E. Watnick, Esq.
292 Madison Avenue, 17th Floor
New York, NY 10017
(212) 510-0500
Counsel for Third Party Defendant Steven Venechanos

Michael T. Conway, Esq.
Lazare Potter Giacovas & Kranjac
950 Third Avenue
New York, NY 10022
(212) 758-9300
Counsel for Third Party Defendants Mark Cocchiola and Anne Cocchiola
Counsel for Marco Cocchiola, Buckingham Trading Co. d/b/a Buckingham Trading, DRC Realty, David Cafasso, Robert Cafasso, Charles Cafasso Sr., Charles Cafasso Jr., individually and as partners of and doing business as Buckingham Trading Co., Buckingham Trading and/or DRC Realty

Barbie D. Lieber, Esq.
Lieber & Lieber
The Lincoln Building
60 E. 42nd Street, Suite 642
New York, NY 10165
(212) 495-5586
Counsel for Third Party Defendant Arthur Christensen

John Boyle, Esq.
Marino & Associates
One Newark Center, 9th Floor
Newark, NJ 07102
(973-824-9300
Counsel for Third Party Defendants Robert Quattrone, Battaglia & Co., Packing Products, Inc.

James E. Cecchi, Esq.
Lindsey H. Taylor, Esq.
Carella Byrne Bain Gilfillan Cecchi Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700
Counsel for George Vieira, West Coast Commodities, Inc., California Milk Market and
Central Valley Dairymen, Inc.

John Van Sickell
215 Ninth Avenue, 1st Floor
Hawthorne, NJ 07506

Scott Levine, Esq.
Platzer Swergold Karlin Levine Gold berg & Jaslow
1065 Avenue of the Americas
New York, NY 10018
Counsel for Third Party Defendants Lawrence Fransen, LNN Enterprises, Inc.
Brian M. Cogan, Esq.
Strook & Strook & Lavan
180 Maiden Lane
New York, NY 10038
(212) 593-3000
Counsel for Noram Commodities, Paul Zambas, Tricon Commodities International Inc.

Christopher Bradley, Esq.
Marshall Conway & Wright
116 John Street
New York, NY 10038
(212) 619-4444
Counsel for Charles Trading Inc.

Sanjay Thapar, Esq.
Proskauer Rose
1585 Broadway
New York, NY 10036
(212) 969-3000
Counsel for Noble J.G. Cheese Co., Jack Gaglio, Mathilda McBride, A&J Cheese Co.

Mary Ellen Tully Esq.
Rabinowitz Trenk Lubetkin & Tully
100 Executive Drive, Suite 100
West Orange, NY  07052
(973) 243-8600
Counsel for Gormet Italia Importa, Inc.

James Parravani, Esq.
Dorsey & Whitney
250 Park Avenue
New York, NY 10177
(212) 415-9253
Counsel for Garnett Foods, Inc. n/k/a Blue Valley Foods, Inc.

Ted. A. Berkowitz, Esq.
Farrell Fritz, PC
EAB Plaza
Uniondale, NY 11556
(516) 227-0700
Counsel for Hidden Villa Ranch

Dated: April 4, 2005

Signed: _____
Attorneys for Appellant
BDO Seidman, LLP

| | |
|---|---|
| Attorney Names: | Ira G. Greenberg (IG-6156)<br>Cathy Fleming (CF-2682)<br>Savitha Keesari Masson (SM-3036)<br>Edwards & Angell, LLP |
| Address: | 750 Lexington Avenue<br>New York, New York 10022 |
| Telephone No.: | (212) 308-4411 |

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.