Ira G. Greenberg
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant BDO Seidman, LLP
750 Lexington Avenue
New York, New York 10022
(212) 308-4411

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED AUG 1 4 2007

-----------------------------------------------------------x

In re:

    SUPREMA SPECIALTIES, INC., et al.,

Case No.: 02-10823 (JMP)
Jointly Administered
Chapter 7

-----------------------------------------------------------x

KENNETH P. SILVERMAN, ESQ.,
Chapter 7 Trustee of the Estate
Of Suprema Specialties Inc.,
Suprema Specialties West, Inc.,
Suprema Specialties Northeast,
Inc., and Suprema Specialties
Northwest, Inc., et. al.

    Plaintiff-Appellee,

-against-

BDO SEIDMAN, LLP,

    Defendant-Appellant.

Adversary Proceeding No.
04-03661 (JMP)

APPELLANT'S DESIGNATION
OF RECORD ON APPEAL

-----------------------------------------------------------x

Defendant-appellant BDO Seidman, LLP designates the following as the record on appeal:

| Docket Entr | Date | Description |
|---|---|---|
| #1 | 8/4/2004 | Adversary Complaint |
| #2 | 8/4/2004 | Summons and Notice of Pre-trial Conference |
| #5 | 10/7/2004 | BDO's Answer and Counterclaims |
| #9 | 10/26/2004 | Reply to BDO's Counterclaims |

_277979_1/

| #31 | 2/23/2005 | Notice of Motion to Dismiss Adversary Proceeding |
|---|---|---|
| #32 | 2/23/2005 | Affidavit of John Tucci Supporting Motion to Dismiss<br>    Ex. A – Reports of Independent Certified Public Accountants<br>    Ex. B – BDO's license |
| #35 | 3/11/2005 | Affidavit of Brian Serotta in Opposition to Motion to Dismiss |
| #36 | 3/11/2005 | Affidavit of Kenneth Silverman in Opposition to Motion to Dismiss |
| #39 | 3/11/2005 | Affidavit of Anthony Acampora in Opposition to Motion to Dismiss<br>    Exs. 1-4 – Executed and unexecuted engagement letters from BDO's workpapers for 1995, 1998, 1999, and 2000<br>    Ex. 5 – Information about BDO's office locations |
| #47 | 3/16/2005 | Affidavit of Scott Univer in Further Support of Motion to Dismiss<br>    Ex. A – Stipulation Tolling the Applicable Statute of Limitations, dated 2/24/2004 |
| #54 | 3/29/2005 | Findings of Fact and Conclusions of Law |
| #55 | 3/29/2005 | Order Denying BDO's Motion to Dismiss Based on Findings of Fact and Conclusions of Law |
| #57 | 4/4/2005 | BDO Seidman, LLP's Notice of Appeal |
| #58 | 4/4/2005 | Motion for Leave to Appeal Order Dismissing Motion to Dismiss Adversary Proceeding<br>    Ex. 1 – Affidavit of John Tucci with exhibits<br>    Ex. 2 – Affidavit of Scott Univer with exhibits |
| #59 | 4/4/2005 | BDO Seidman LLP's Objections to Findings of Fact and Conclusions of Law<br>    Appendix to Objections<br>        Ex. A – Findings of Fact and Conclusions of Law<br>        Ex. B – Order Denying Motion to Dismiss<br>        Ex. C – Affidavit of John Tucci w/ exhibits<br>        Ex. D – Affidavit of Kevin Silverman<br>        Ex. E – Affidavit of Anthony Acampora w/ exhibits<br>        Ex. F – Affidavit of Brian Serotta<br>        Ex. G – Chart from Oral Argument<br>        Ex. H – Affidavit of Scott Univer w/ exhibits<br>        Ex. I – Adversary Third-Party Complaint<br>    Transcript of 3/23/2005 Hearing on Motion to Dismiss |
| Not on Docket | 4/13/2005 | Trustee's Response to BDO's Objections to Findings of Fact and Conclusions of Law |
| #63 | 4/13/2005 | Trustee's Opposition to BDO's Motion for Leave to Appeal |
| #65 | 5/6/2005 | BDO Seidman's Reply to Trustee's Response |
| #67 | 5/6/2007 | Affidavit of Cathy Fleming in Further Support of Motion for Leave to Appeal and in Further Support of Objections to Findings of Fact and Conclusions of Law |

_277979_1/

| | | |
|---|---|---|
| | | Ex. A – Findings of Fact and Conclusions of Law<br>Ex. B – Order Denying Motion to Dismiss<br>Ex. C – Chart from Oral Argument<br>Ex. D – BDO's Memo of Law Supporting Motion to Dismiss<br>Ex. E – Affidavit of John Tucci w/ exhibits<br>Ex. F – Trustee's Memo of Law in Opposition to BDO's Motion to Dismiss<br>Ex. G – Affidavit of Kenneth Silverman in Opposition to Motion to Dismiss<br>Ex. H – Affidavit of Anthony Acampora in Opposition to Motion to Dismiss w/ exhibits<br>Ex. I – Affidavit of Brian Serotta in Opposition to Motion to Dismiss<br>Ex. J – BDO's Reply Memo of Law in further support of Motion to Dismiss<br>Ex. K – Affidavit of Scott Univer w/ exhibits<br>Ex. L – Adversary Third-Party Complaint<br>Ex. M – Memo of Law in Support of Motion by A. Christensen to Dismiss Third-Party Complaint and for a Stay<br>Ex. N – Memo of Law in Support of Motion by Marc and Anne Cocchiola to Dismiss Third-Party Complaint and for a Stay |
| #78 | 8/10/2007 | Order from Judge Barbara Jones granting BDO Seidman, LLP's Motion for Leave to Appeal. |

Dated: New York, NY
August 14, 2007

*/s/ Ira G. Greenberg*

Ira G. Greenberg
EDWARDS ANGELL PALMER &
  DODGE LLP
Attorneys for Defendant-Appellant
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411

TO:

All counsel of record

- 3 -

Ira G. Greenberg
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant BDO Seidman, LLP
750 Lexington Avenue
New York, New York 10022
(212) 308-4411

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: ,

    SUPREMA SPECIALTIES, INC., et al.,

Case No.: 02-10823 (JMP)
Jointly Administered
Chapter 7

-----------------------------------------------------------x
KENNETH P. SILVERMAN, ESQ.,
Chapter 7 Trustee of the Estate
Of Suprema Specialties Inc.,
Suprema Specialties West, Inc.,
Suprema Specialties Northeast,
Inc., and Suprema Specialties
Northwest, Inc., et. al.

Adversary Proceeding No.
04-03661 (JMP)

    Plaintiff-Appellee,

-against-

APPELLANT'S STATEMENT OF ISSUES

BDO SEIDMAN, LLP,

    Defendant-Appellant.
-----------------------------------------------------------x

    Pursuant to Bankr. R. 8006, defendant-appellant BDO Seidman, LLP sets forth the following issue to be presented on appeal:

Question 1: Whether the Bankruptcy Court erred in issuing an order denying BDO's motion to dismiss after stating on the record that it is a non-core proceeding and the District Court has to review the matter de novo.

- 2 -

Question 2: Whether the Bankruptcy Court erred in concluding that New York law applies.

Question 3: Whether the Bankruptcy Court erred in refusing to dismiss the complaint with prejudice for failure to provide a timely affidavit of merit, as the New Jersey statutes, and more particularly N.J.S.A. 2A:53A-27, require for claims of professional malpractice

Dated: New York, NY
August 13, 2007

*/s/ Ira G. Greenberg*
Ira G. Greenberg
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendant-Appellant
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411

TO:

All counsel of record

## CERTIFICATE OF SERVICE

I certify that on the 14th day of August, 2007, I caused a true copy of the attached statement of issues to be served upon Silverman Perlstein & Acampora LLP, attorneys for the trustee, by fax and first-class mail, and on all other counsel of record in the adversary proceeding by first-class mail.

IRA G. GREENBERG