James E. Cecchi (JC 7697)
Jeffrey A. Cooper (JC 0763)
Lindsey H. Taylor (LT 7234)
CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
Attorneys for Third-Party Defendants
GEORGE VIEIRA, CALIFORNIA MILK MARKET,
and WEST COAST COMMODITIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SUPREMA SPECIALTIES, INC., *et al.*<br><br>                Debtors | Case No. 02-10823(CB)<br>Chapter 7<br>Jointly Administered |
| KENNETH P. SILVERMAN, ESQ., the Chapter 7 Trustee of the Estate of Suprema Specialties, Inc., Suprema Specialties West, Inc., Suprema Specialties Northeast, Inc., and Suprema Specialties Northwest, Inc.,<br><br>                Plaintiff,<br>-against-<br><br>BDO SEIDMAN, LLP,<br><br>                Defendant | Adv. Pro. No. 04-03661 |
| BDO SEIDMAN, LLP,<br><br>                Third-Party Plaintiff,<br>-against-<br><br>MARK COCCHIOLA, STEVEN VENECHANOS, ARTHUR CHRISTENSEN, ANNE COCCHIOLA, JOHN VAN SICKELL, GEORGE VIEIRA, ROBERT QUATTRONE, LAWRENCE FRANSEN, BATTAGLIA & COMPANY, PACKING PRODUCTS COMPANY, INC., VILLA D'ESTE IMPORTING, INC., CALIFORNIA MILK MARKET, INC., WEST COAST COMMODITIES, INC., LNN ENTERPRISES, INC. and WALL STREET CHEESE, LLC<br><br>                Third-Party Defendants | **DESIGNATION OF ADDITIONAL RECORD ON <u>APPEAL</u>** |

Third-Party Defendants/Appellants George Vieira, West Coast Commodities, Inc. ("WCC") and California Milk Market, Inc. ("CMM") (together the "Vieira Defendants"), by and through the undersigned counsel, join in the designation of record on appeal filed by Defendant/Appellant BDO Seidman, LLP and designate the following additional matters to be included in the record on appeal:

| Docket Entry | Date | Description |
| --- | --- | --- |
| 6 | 10/14/04 | Third-Party Complaint against Wall Street Cheese, LLC, LLN Enterprises, Inc., West Coast Commodities, Inc., California Milk Market, Villa D'Este Importing, Inc., Battaglia & Co., Inc. Packing Products, Inc. and Robert Quattrone, Lawrence Fransen, Robert Quattrone, George Vieira, John Van Sickell, Anne Cocchiola, Arthur Christensen, Steven Venechanos, Mark Cocchiola |
| 7 | 10/14/04 | Third Party Summonses |
| 12 | 11/23/04 | Answer to Third Party Complaint, Crossclaim against Anne Cocchiola, Mark Cocchiola, Steven Venechanos |

                                           CARELLA, BYRNE, BAIN, GILFILLAN,
                                           CECCHI, STEWART & OLSTEIN
                                           Attorneys for Third-Party Defendants
                                           GEORGE VIEIRA, CALIFORNIA MILK
                                           MARKET, and WEST COAST
                                           COMMODITIES


                                     By:   /s/ Lindsey H. Taylor
                                                    LINDSEY H. TAYLOR

Dated: August 16, 2007