James E. Cecchi (JC 7697)
Jeffrey A. Cooper (JC 0763)
Lindsey H. Taylor (LT 7234)
CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
Attorneys for Third-Party Defendants
GEORGE VIEIRA, CALIFORNIA MILK MARKET,
and WEST COAST COMMODITIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> SUPREMA SPECIALTIES, INC., *et al.* <br><br> Debtors | Case No. 02-10823(CB) <br> Chapter 7 <br> Jointly Administered |
| KENNETH P. SILVERMAN, ESQ., the Chapter 7 Trustee of the Estate of Suprema Specialties, Inc., Suprema Specialties West, Inc., Suprema Specialties Northeast, Inc., and Suprema Specialties Northwest, Inc., <br><br> Plaintiff, <br> -against- <br><br> BDO SEIDMAN, LLP, <br><br> Defendant | Adv. Pro. No. 04-03661 |
| BDO SEIDMAN, LLP, <br><br> Third-Party Plaintiff, <br> -against- <br><br> MARK COCCHIOLA, STEVEN VENECHANOS, ARTHUR CHRISTENSEN, ANNE COCCHIOLA, JOHN VAN SICKELL, GEORGE VIEIRA, ROBERT QUATTRONE, LAWRENCE FRANSEN, BATTAGLIA & COMPANY, PACKING PRODUCTS COMPANY, INC., VILLA D'ESTE IMPORTING, INC., CALIFORNIA MILK MARKET, INC., WEST COAST COMMODITIES, INC., LNN ENTERPRISES, INC. and WALL STREET CHEESE, LLC <br><br> Third-Party Defendants | **STATEMENT OF ISSUE ON APPEAL** |

Third-Party Defendants/Appellants George Vieira, West Coast Commodities, Inc. ("WCC") and California Milk Market, Inc. ("CMM") (together the "Vieira Defendants"), by and through the undersigned counsel, join the Statement of Issues on Appeal of Defendant/Appellant BDO Seidman, LLP dated August 13, 2007.

        CARELLA, BYRNE, BAIN, GILFILLAN,
        CECCHI, STEWART & OLSTEIN
        Attorneys for Third-Party Defendants
        GEORGE VIEIRA, CALIFORNIA MILK
        MARKET, and WEST COAST
        COMMODITIES


        By:   /s/ Lindsey H. Taylor
               LINDSEY H. TAYLOR

Dated: August 16, 2007