Silverman Perlstein & Acampora LLP
Attorneys for Kenneth P. Silverman, Esq., Chapter 7 Trustee
100 Jericho Quadrangle Suite 300
Jericho, New York 11753
(516) 479-6300
Anthony C. Acampora, Esq. (ACA#0838)
Ronald J. Friedman, Esq. (RJF#1314)
Jay S. Hellman, Esq. (JSH#6038)

UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

SUPREMA SPECIALTIES, INC., et al.,

        Debtors.
-----------------------------------------------------------------x
KENNETH P. SILVERMAN, ESQ., THE
CHAPTER 7 TRUSTEE OF THE ESTATE
OF SUPREMA SPECIALTIES, INC.,
SUPREMA SPECIALTIES WEST, INC.,
SUPREMA SPECIALTIES NORTHEAST,        07 Civ.7505 (RJH)
INC., AND SUPREMA SPECIALTIES
NORTHWEST, INC.,

        Plaintiff,

- against -

BDO SEIDMAN LLP,

        Defendant.
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NASSAU    )

    **DEANNA SYMBOURAS**, being duly sworn, deposes and says:

    Deponent is not a party to the action, is over 18 years of age and resides in Medford, NY.

On September 12, 2007, deponent served the **PLAINTIFF-APPELLEE'S BRIEF IN OPPOSITION TO THE APPEAL FILED BY BDO SEIDMAN LLP** by depositing same in a designated Federal Express envelope and depositing the envelope in a Federal Express receptacle.

To:    Ira G. Greenberg, Esq.
        Edwards & Angell LLP
        750 Lexington Avenue
        New York, New York 10022

JSH/D251371v/F044278

Lindsey H. Taylor, Esq.
Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein
5 Becker Farm Road
Roseland, New Jersey 07068
Attorneys for Third-Party Defendants
George Vieira, California Milk Market, and
West Coast Commodities

                                                                     s/ Deanna Symbouras
                                                                        **DEANNA SYMBOURAS**

Sworn to before me this
12th day of September 2007


s/ Carol Ann Gallo Russo
 Carol Ann Gallo-Russo
Notary Public, State of New York
No. 01GA4632721
Qualified in Suffolk County
Commission Expires April 30, 2010