UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re SUPREMA SPECIALTIES, INC., et.al.,

----------------------------------------------------------X
KENNETH P. SILVERMAN ESQ. ET.AL.,

                Plaintiffs-Appellee

   -against-

BDO SEIDMAN, LLP.,

               Defendant -Appellant.
----------------------------------------------------------X

07 CIVIL 7505 (BSJ)

**JUDGMENT**



    Appellant having appealed from an order of the United States Bankruptcy Court for the Southern District of New York, and the matter having come before the Honorable Barbara S Jones United States District Judge, and the Court, on September 17, 2007, having rendered its Order reversing the order of the bankruptcy court, granting BDO's motion dismissing the claim and closing the case, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated Sep 17, 2007, the order of the bankruptcy court is hereby reversed, BDO's motion to dismiss is granted and the appeal is dismissed; accordingly, the case is closed.

Dated: New York, New York
         Sep 17, 2007

                                             J. MICHAEL McMAHON
                                                 Clerk of Court
                           BY:
                                                 Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 9/20/07