**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
In re SUPREMA SPECIALTIES, INC., et.al.,

-------------------------------------------------------------X
KENNETH P. SILVERMAN ESQ. ET.AL.,
                         Plaintiffs-Appellee

    -against-

BDO SEIDMAN, LLP.,
               Defendant -Appellant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/07

07 CIVIL 7505 (BSJ)

**AMENDED JUDGMENT**

    Appellant having appealed from an order of the United States Bankruptcy Court for the Southern District of New York, and the matter having come before the Honorable Barbara S Jones United States District Judge, and the Court, on September 17, 2007, having rendered its Order reversing the March 29, 2005 order of the Bankruptcy Court, granting BDO's motion to dismiss the claim, and closing the case, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 17, 2007, the March 29, 2005 order of the Bankruptcy Court is hereby reversed and BDO's motion to dismiss the claim is granted; accordingly, the case is closed.

**Dated:** New York, New York
        September 20, 2007

                                        J. MICHAEL McMAHON
                                             Clerk of Court
                         BY:
                                               Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____