UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

    SUPREMA SPECIALTIES, INC., *et al.*,

                              Debtors.
------------------------------------------------------------x
KENNETH P. SILVERMAN, ESQ., THE
CHAPTER 7 TRUSTEE OF THE ESTATE
OF SUPREMA SPECIALTIES, INC.,
SUPREMA SPECIALTIES WEST, INC.,
SUPREMA SPECIALTIES NORTHEAST,
INC., AND SUPREMA SPECIALTIES                     07 Civ. 7505 (RJH)
NORTHWEST, INC.,
                             Plaintiff,

          - against -

BDO SEIDMAN LLP,
                             Defendant.
------------------------------------------------------------x

## NOTICE OF APPEAL TO THE UNITED STATES
## COURT OF APPEALS FOR THE SECOND CIRCUIT

      Notice is hereby given that Kenneth P. Silverman, Esq., the Chapter 7 Trustee for the substantively consolidated estates of Suprema Specialties, Inc., *et. al.*, the plaintiff and appellee in the proceedings below, hereby appeals to the United States Court of Appeals for the Second Circuit from the September 17, 2007 Order of the United States District Court, Southern District of New York (Jones, J.), entered in this case on September 19, 2007, which (a) reversed the March 29, 2005 order of the Honorable Cornelius Blackshear, United States Bankruptcy Judge, which denied the motion to dismiss the complaint by BDO Seidman LLP, defendant and appellant in the proceedings below, and (b) dismissed the plaintiff-appellee's complaint with prejudice by the Clerk's final judgment entered on September 20, 2007.

      The parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

JSH/D251921v/F044278

For Defendant-Appellee, BDO Seidman LLP:

Ira G. Greenberg, Esq.
Edwards & Angell LLP
750 Lexington Avenue
New York, New York 10022

For Third-Party Defendants George Vieira, California Milk Market, and West Coast Commodities:

James E. Cecchi, Esq. (JC#7697)
Jeffrey A. Cooper, Esq. (JC#0763)
Lindsey H. Taylor, Esq. (LT#7234)
Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein
5 Becker Farm Road
Roseland, New Jersey 07068

For Plaintiff-Appellant, Kenneth P. Silverman, Esq., as Chapter 7 Trustee:

Anthony C. Acampora, Esq. (ACA#0838)
Ronald J. Friedman, Esq. (RJF#1314)
Jay S. Hellman, Esq. (JSH#6038)
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle – Suite 300
Jericho, New York 11753

Dated: Jericho, New York
September 20, 2007

Silverman Perlstein & Acampora LLP
Attorneys for Appellant Kenneth P. Silverman, Esq.

By: _____
Anthony C. Acampora Esq. (ACA#0838)
A Member of the Firm
100 Jericho Quadrangle - Suite 300
Jericho, New York 11753
(516) 479-6300

JSH/D251921v/F044278